UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALONZO ACEY
#20140430308

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

CITY OF CHICAGO
CHICAGO POLICE
(S.W.A.T.) Police

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

RECEIVED
MAR 03 2016
3-3-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No:_____
(To be supplied by the Clerk of this Court)

16-cv-2843
Judge Rebecca R. Pallmeyer
Magistrate Judge Jeffrey Cole
PC9

CHECK ONE ONLY:

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: ALONZO Q. ACEY

   B. List all aliases: AlAN QUINN. ACEY

   C. Prisoner identification number: #20140430308

   D. Place of present confinement: COOK COUNTY JAIL

   E. Address: 2600 So. CALIFORNIA

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: (S.W.A.T.) OFFICER JOHN DOE

   Title: (S.W.A.T.) OFFICER'S

   Place of Employment: CHICAGO POLICE CITY

   B. Defendant: _____

   Title: _____

   Place of Employment: _____

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: NONE

B. Approximate date of filing lawsuit: NONE

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

D. List all defendants: NONE

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NONE

F. Name of judge to whom case was assigned: NONE

G. Basic claim made: NONE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NONE

I. Approximate date of disposition: 

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007



## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 28-2014 at about 11:45 PM at 7236 So. Yates. The S.W.A.T. police broke in to the building that I live on the third floor. I heard the noise in the front hall so I came to my front door to find once I opened it, over ten (S.W.A.T.) officers pointing their guns & machine guns at me screaming for me to keep my hands where they could see them. Once they established who I was. They, the (S.W.A.T.) police " to put my hands behind my head, in 1 cup finger lock position, then for me to get down on my knees, to put my head down on the grown & to crawl out of my third floor apartment door. They, (S.W.A.T.) officers hand cuped my hands behind my back. While on the floor with hand cups on the (S.W.A.T.) officer asked me where is the machine guns at? When I said that I didn't know what the S.W.A.T. officer was talking about.

Revised 9/2007



the (S.W.A.T.) officer reach down took my arm and broke it. I screamed in pain that he broke my arm. The (S.W.A.T.) officer said that he would brake my neck if I didn't tell him what he wanted to know. I told the (S.W.A.T.) officer again that I didn't know what he was talking about. More officers came up the stairs. Then the (S.W.A.T) officer snatched me off the floor from behind by the hand cups, then broke my wrist too. While I was in pain they took me down to a patty waggon. Where I stayed for an hour, than I was taken to the police station put in to a cell. Then different officers came to the cell took me out the to another inter-view room to question me about machine guns & different types of guns. That I still didn't know anything about. Which is what I said to them too. This went on for a few days. All this time was nothing but pain for me. I asked many of times for medical help. No one helped me for more than 24 hours. Once the new officers came to

③

take me to Bond hearing. But couldn't get the hand cuffs on my wrist. Because it was so swollen. These cops was from another station. The officer told the the other officer. "That they wasn't going to take me anywhere" Because yall Broke his arm. So yall take him to the hospital. Two hours later. The officers from that station came to the the cell and tode me that if they took me to the hospital I wasn't going to Bond hearing that day. By that time I was in so much pain I had tears in my eyes. They still didn't take me. Until after anothe two officers came to my cell to question me about some machine guns & different type of guns. I told them with tears in my eyes that I didn't know what they where talkin about. Some time after that two other officers came and took me to South Shore hospital. Where the doctor "X-Rayed" my arm & said that it was broke in two different places. The doctor Ran an (IV) for my pain. Then

④

Then the Doctor said that he had to set my wrist & my arm in a hard cast. But that it was going to take a few hours be four he could do that. Because the arm and wrist was so swollen that there was nothing he could do until he got the swelling to go down. So the doctor put Eight ice-pads out and wraped them around my arm & wrist. The Swellen went down But not much. So the doctor had to put a soft cast on it while he set my arm & wrist. Then he said once I got to where I was going that the County would handel putting on the hard cast. But they never did! and it healed wrong!

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for cruel and unusual punishment and unnecessary infliction of injuries to person.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 29 day of SEPT, 20 15

Alonzo Acey
(Signature of plaintiff or plaintiffs)

ALONZO ACEY
(Print name)

201404 30308
(I.D. Number)

2650 So. California (P.O. Box
089002. Chicago. Ill. 60608
(Address)

6                                                                                   Revised 9/2007

Revised 9/2007