UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Alonzo Acey
                  Plaintiff,

v.                                            Case No.: 1:16−cv−02843
                                            Honorable Rebecca R. Pallmeyer

City Of Chicago, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 8, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Ruling held on 11/8/2017. City's motion to bifurcate [98] is denied without prejudice to objections to any request that are in fact disproportionate or overbroad. Motion for leave to file sur−reply [107] is granted. Plaintiff will be allowed leave to attend his deposition. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.